FILED

04/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0551

STATE OF MONTANA,

Plaintiff and Appellee,

v.

STEPHEN ROSS BENNETT,

Defendant and Appellant.

## ORDER

Upon consideration of Counsel's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that Counsel's motion to withdraw as counsel of record is GRANTED. Appellant may file his petition for rehearing *pro se.*

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order to all counsel of record and to Appellant by mail at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2024